1  WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tonya Lee Mims, | No. CV-16-00585-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Pending before the Court is the Magistrate Judge's Report and Recommendation (R&R) of February 9, 2017, recommending that this case be dismissed as moot. No party or movant has filed an objection to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003). Therefore,

/ / /

/ / /

/ / /

/ / /

1 **IT IS ORDERED** that the Report and Recommendation (Doc. 30) is accepted and
2 adopted. This case is dismissed, as moot, and the Clerk of the Court shall enter judgment
3 of dismissal accordingly.
4 Dated this 13th day of April, 2017.

James A. Teilborg
Senior United States District Judge